December 16, 1974.

M. P. No. 74-21. CITY OF CRANSTON *v.* ALFRED CARPIONATO *et al.* Motion of Rose Montaquila to substitute her as a party respondent in place of the deceased John Montaquila, both in her individual capacity and in her capacity as executrix of the

estate of John Montaquila, is granted. Paolino, J. not participating. *Peter Palombo, Jr.,* City Solicitor, for petitioner. *Hinckley, Allen, Salisbury & Parsons, Stephen J. Carlotti,* for respondent Rose Montaquila.